CHIEF JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JOSE VARGAS-TOVAR,<br><br>Defendant. | No. CR14-338 MJP<br><br>ORDER GRANTING<br>CONTINUANCE OF TRIAL DATE |

This matter, having come before the Court on the Motion of defendant Jose Vargas-Tovar to continue the trial date from June 1, 2015 to October 30, 2015, and the Court having considered the motion and arguments of counsel; and the Court having found that failing to grant this motion would deny the attorney for defendant Jose Vargas-Tovar the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial, it is hereby:

ORDERED that the trial date herein is continued to September 14, 2015, and the pretrial motions due date is continued to July 20, 2015.

IT IS FURTHER ORDERED that, for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C., Section 3161-3174, the period of

PROPOSED ORDER CONTINUING
TRIAL DATE -- 1

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 106
Seattle, Washington 98104
(206) 624-0508 ϖ FAX (206) 622-9091

1   delay from May 4, 2015 to September 14, 2015 is excludable time, pursuant to 18 U.S.C.
2   § 3161(h)(8)(A).
3       DATED this 8th day of May, 2015.
4
5
6
7
8                                Marsha J. Pechman
                             United States District Judge
9
10  Presented by:
11  /s/Cathy Gormley
    Cathy Gormley, WSBA #26169
12  Cathy Gormley, PLLC
    Seattle, Washington 98104
13  Phone (206) 624-0508
    Fax (206) 622-9091
14  cathy@cgormleylaw.com
15
16  Approved for Entry:
17
18  /s/ Rebecca S. Cohen
    Assistant United States Attorney
19  United State's Attorney's Office
    700 Stewart Street, Suite 5520
20  Seattle, Washington 98101
    Phone: (206) 553-6526
21
22
23
24
25

PROPOSED ORDER CONTINUING
TRIAL DATE -- 2

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 106
Seattle, Washington 98104
(206) 624-0508 ϖ FAX (206) 622-9091

## CERTIFICATE OF SERVICE

I, CATHY GORMLEY, hereby certify that on _____May 4, 2015_____, I filed this document with the U.S. District Court's Electronic Filing (ECF) system, which will serve a copy by email to Rebecca Cohen.

/s/Cathy Gormley
Cathy Gormley, WSBA #26169
Cathy Gormley, PLLC
Seattle, Washington 98104
Phone (206) 624-0508
Fax (206) 622-9091
cathy@cgormleylaw.com

PROPOSED ORDER CONTINUING
TRIAL DATE -- 3

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 106
Seattle, Washington 98104
(206) 624-0508 ϖ FAX (206) 622-9091